UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TICKETNETWORK, INC. | : | |
| | : | NO. 3:15-CV-00237-VAB |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| YVES DARBOUZE d/b/a CHARGED.FM | : | |
| | : | MARCH 6, 2015 |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the plaintiff, TicketNetwork, Inc. in the above-captioned matter.  This appearance is in addition to appearances already on file on behalf of the plaintiff.

>PLAINTIFF,
>TICKETNETWORK, INC.
>
>By its attorneys,
>
>By */s/ Edward J. Heath*
>     Edward J. Heath
>     Robinson & Cole LLP
>     280 Trumbull Street
>     Hartford, CT 06103-3597
>     Tel. No.: (860) 275-8200
>     Fax No.: (860) 275-8299
>     *eheath@rc.com*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               /s/ Edward J. Heath
                                               Edward J. Heath