# THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TICKETNETWORK, INC., <br><br> Plaintiff <br><br> v. <br><br> YVES DARBOUZE DBA CHARGED.FM <br><br> Defendant | Civil Action No.: 3:15-cv-00237-VAB <br><br> **DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY** |

**PLEASE TAKE NOTICE** that Defendant Yves Darbouze, misidentified in the caption herein as "Yves Darbouze dba Charged.fm," ("Mr. Darbouze" or "Defendant") by and through his attorneys, hereby moves to dismiss Plaintiff's Application for Prejudgment Remedy ("Application") pursuant to Fed. R. Civ. P. 12(b)(2) and (6) and moves to stay the underlying arbitration upon which it is based (the "Motion"). The relief requested in the Motion is necessary and appropriate because: (i) Defendant is not subject to personal jurisdiction in Connecticut, (ii) there is no arbitration agreement between Plaintiff and Defendant Yves Darbouze individually, rather between Plaintiff and another entity, Charged.fm. and (iii) Plaintiff's Application fails to establish that Plaintiff is entitled to the extraordinary relief it seeks.

For the reasons set forth in the accompanying Memorandum of Law, those providing in any further pleadings and hearings on the Motion, and based upon the Affidavit of Dominic

Ward, the Affidavit of Yves Darbouze and the Declaration of Justin Mercer submitted herewith, Defendant respectfully requests that the Motion seeking denial of the Application, dismissal of this proceeding in its entirety and an indefinite stay of the wrongfully filed arbitration be GRANTED.

Dated: March 12, 2015

<div style="margin-left: 40%;">

THE DEFENDANT,
YVES DARBOUZE
BY HIS ATTORNEYS:

/s/ N. Kane Bennett
N. Kane Bennett Ct. 20988
Aeton Law Partners LLP
101 Centerpoint Drive, Suite 105
Middletown, CT 06457
T: (860) 724-2163
F: (860) 724-2161
NKB@aetonlaw.com

LEWIS & LIN, LLC

/s/ David D. Lin
David D. Lin, Esq.
Justin Mercer, Esq.
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com
     Justin@iLawco.com

</div>